**Michael E. ACEVEDO, Appellant,**

v.

**CITY OF O'FALLON; Unknown Mayor, City of O'Fallon, Missouri; Unknown Chief of Police, City of O'Fallon, Missouri; Robert Schrum, Police Officer, # 034; Unknown Frye, Police Officer, 224; Robert M. Wohler; Larry Nesslage; County of St. Charles; Ted House, Judge, 11th Judicial Circuit, # 31870; Budget Towing, Appellees.**

No. 07–2363.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 23, 2008.

Filed: Jan. 29, 2008.

Michael E. Acevedo, Bridgeton, MO, pro se.

Before BYE, SMITH, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Michael Acevedo appeals the district court's [1] preservice dismissal of his pro se

---

**1.** The Honorable Catherine D. Perry, United

States District Judge for the Eastern District

action. Upon careful review of the record before the district court and Acevedo's appellate brief, we conclude that dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.